**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :  No. 331 WAL 2020

Respondent     :

     :  Petition for Allowance of Appeal
     :  from the Order of the Superior Court

v.     :

JOHN EARL POOLE, JR.,     :

Petitioner     :

## ORDER

**PER CURIAM**

     **AND NOW**, this 28th day of April, 2021, the Petition for Allowance of Appeal is **DENIED**.